# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133973

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GEORGE F. SCHULTZ,
      Plaintiff-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
      Defendant-Appellee.

SC: 133973
COA: 271285
Ct of Claims: 06-000022-MZ

_____/

     On order of the Court, the application for leave to appeal the February 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

                    Clerk

l0830